UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RYAN PEARL, Individually and as next
friend of B.P., a minor, et al.,

    Plaintiffs,

v.

No. 6:24-CV-018-H

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

Before the Court is the parties' joint motion for a status conference. Dkt. No. 41.

The parties seek a special trial setting to arrange travel and testimony times for their

witnesses. *Id.* at 1–2. They also state that they believe the trial will take four to five days.

*Id.* at 1.

Accordingly, the Court grants the motion and the non-jury trial in this case is set for

8:30 a.m. on February 23, 2026. Each side will have 8 hours to present and contest

evidence. Time used for objections is charged to the party that loses the objection. The

Court expects that evidence will close no later than February 26, 2026.

So ordered on January ____, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE