IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RYAN PEARL, Individually and as next friend of B.P. a minor, ALEXANDRIA NIETO, Individually and as next friend of J.G., a minor,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 6:24-CV-00018-H

**DEFENDANT'S WITNESS LIST**

| **NO.** | **PROBABLE WITNESSES** |
|---|---|
| 1 | Jayleah Everett<br>USPS Driver (Deposed)<br>San Angelo, Texas<br>Ms. Everett was driving the postal car that collided with Plaintiff's car. Has personal knowledge about the car accident. |
| 2 | Ryan Pearl<br>San Angelo, Texas<br>Plaintiff in this lawsuit and has personal knowledge of his daughter's (B.P.) injuries. |
| 3 | B. P.<br>San Angelo, Texas<br>Minor Plaintiff in this lawsuit, passenger in the car and has personal knowledge about the facts and circumstances of the car accident. |

| | |
|---|---|
| 4 | Alexandria Nieto<br>Plf 3 (deposed)<br>San Angelo, Texas<br>Plaintiff in this lawsuit and driver of the car; she has personal knowledge of the facts and circumstances of the car accident and damages sustained. |
| 5 | J. G.<br>San Angelo, Texas<br>Minor Plaintiff in this lawsuit, passenger in the car and has personal knowledge about the facts and circumstances of the car accident. |
| 6 | Officer Robert Newman<br>TX DPS Officer (deposed)<br>Lubbock, Texas<br>Officer Newman was the responding officer to the accident and wrote the accident report. |
| 7 | Ernest Gallindo<br>Tom Green County<br>San Angelo, Texas<br>Superintendent Roads and Bridges, Precincts 2 and 4. Mr. Gallindo determined that there was a missing stop sign and that the stop sign belonged to TxDOT and not Tom Green County. |
| 8 | Warren Marks, M.D.<br>Pediatric Neurologist<br>Fort Worth, Texas<br>Dr. Marks will provide expert testimony about the diagnosis and treatment of the minor Plaintiffs and Ms. Nieto. Dr. Marks will testify that Ms. Nieto sustained a mild TBI, J.G. sustained a mild-moderate TBI, and B.P. sustained a mild TBI. Dr. Marks will testify that the TBI for each Plaintiff has resolved. |
| 9 | Lisa Nippoldt-Baca, Psy.D.,LP, ABPP<br>Pediatric Neuropsychologist<br>Woodbury, MN<br>Dr. Nippoldt-Baca will provide expert testimony about the diagnosis and |

| | |
|---|---|
| | treatment of the minor Plaintiffs including their mental health and cognitive functioning. Dr. Nippoldt-Baca will testify that while both girls were diagnosed with a concussion, both recovered and there is no evidence of residual cognitive impairment. |
| 10 | Elizabeth Pieroth, Psy.D., ABPP, MPH<br>Neuropsychologist<br>Hilton Head, South Carolina<br>Dr. Pieroth will provide expert testimony about the diagnosis and treatment of Ms. Nieto. Dr. Pieroth will testify that Ms. Nieto suffered an uncomplicated mild traumatic brain injury and that she recovered fully. |
| 11 | Loueva Hatfield<br>Education Specialist<br>Weimer, Texas<br>Ms. Hatfield will provide expert testimony regarding the minor Plaintiff's academic abilities and prognosis before and after the car accident. Ms. Hatfield will testify that both minor Plaintiff's education needs and prognosis were not affected by the car accident. |
| 12 | Brian Piper, Ph.D.<br>Economics Damages Expert<br>Austin, Texas<br>Dr. Piper will provide expert testimony about the reasonable charges and reasonable value of past medical services received by the Plaintiffs because of the car accident as well as future medical services. |
| 13 | Stephen Horner, Ph.D.<br>Economist<br>Corpus Christi, Texas<br>Dr. Horner will provide expert testimony about economic and financial issues in this case. |

| NO. | POSSIBLE WITNESSES |
|---|---|
| 14 | Jamie Sanchez<br>USPS Supervisor (deposed)<br>San Angelo, Texas<br>Mr. Sanchez is a Supervisor Customer Service employee with the United States Postal Service in San Angelo, Texas. Mr. Sanchez investigated the accident for the Postal Service. |
| 15 | Charles Martinez<br>USPS – 204B Supervisor<br>San Angelo, Texas<br>Mr. Martinez is a Supervisor with the United States Postal Service in San Angelo, Texas. Mr. Martinez is familiar with the accident. |
| 16 | Colonel Christopher S. Corbett<br>Fort Meade, MD<br>Colonel Corbett is a member of the United States Air Force was stationed at Goodfellow Air Force Base. Colonel Corbett was travelling two cars behind Ms. Nieto before the accident. Colonel Corbett is an eyewitness to the accident. |
| 17 | Evan Jones<br>TxDOT (Maintenance) (deposed)<br>San Angelo, Texas<br>Mr. Jones is the maintenance section supervisor in the San Angelo office of the Texas Department of Transportation. Mr. Jones has information about the missing stop sign at the intersection of Olsak Road and FM 765. |
| 18 | Sandy Rothband<br>Tom Green County (deposed)<br>San Angelo, Texas<br>Mr. Rothband did the preliminary investigation as to who was responsible for the missing stop sign at the intersection of Olsak Road and FM 765. |
| 19 | Willie Montez<br>San Angelo, Texas<br>Mr. Montez lives near the intersection of FM 765 and Olsak Road. Mr. Montez reported the missing stop sign prior to the accident. |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

s/ *Ann E. Cruce-Haag*
Ann E. Cruce-Haag
Assistant United States Attorney
Texas Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: ann.haag@usdoj.gov

Mary M. (Marti) Cherry
Assistant United States Attorney
Texas Bar No. 24055299
1100 Commerce Street
Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8807
E-mail: mary.cherry@usdoj.gov

*Attorneys for Defendant United States of America*

**CERTIFICATE OF SERVICE**

On January 16, 2026, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*s/ Ann E. Cruce-Haag*
Ann E. Cruce-Haag