**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| **RYAN PEARL,** individually and as next friend of **B.P.,** A Minor; and **ALEXANDRIA NIETO,** individually and as next friend of **J.G.**, a minor; and,<br>Plaintiffs<br>vs.<br>**UNITED STATES OF AMERICA**,<br>Defendant | **NO. 6:24-CV-00018-H** |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's order, Plaintiffs file their witness list.

## CASE IN CHIEF

Plaintiffs intend to call the following witnesses in their case:

1. **Jayleah Everitt**

C/o United States of America
Ann Cruse-Haag
Assistant United States Attorney
United States Attorney's Office
Northern District of Texas
1205 Texas Avenue, Suite 700
Lubbock, Texas 79413
(806) 472-7397

Ms. Everitt is an employee of the Defendant. She drove the Government van that collided into Plaintiff's vehicle on February 12, 2023.

This witness has been deposed. This witness testimony is probable.

2. **Mered Parnes, M.D.**

Designated Pediatric Neurologist Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Dr. Parnes is a pediatric neurologist. Dr. Parnes examined B.P. and J.G. and will testify to his review of the records, examination, and the contents of his expert reports.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

3. **Carina M. Grandison, Ph.D.**

Designated Pediatric Neuropsychologist Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Dr. Grandison is a pediatric neuropsychologist. Dr. Grandison examined B.P. and J.G. and will testify to her review of records, examination, and the contents of her expert reports.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

4. **Brandon J. Goff, D.O.**

Designated Physical Medicine & Rehabilitation Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410

Austin, TX 78746
(512) 476-4346

Dr. Goff is a physical medicine and rehabilitation medicine doctor. Dr. Goff examined B.P., J.G., and will testify to his review of records, examinations, and the contents of his expert reports.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

5. **Andrea Bradford, M.Ed., C.R.C.**

Designated Vocational Rehabilitation Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Ms. Bradford is a vocational rehabilitation specialist. Ms. Bradford interviewed B.P. and J.G. and will testify to her interview, review of records, and the contents of her expert reports.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

6. **Nik Volkov, Ph.D., C.V.A., M.A.F.F.**

Designated Economics & Finance Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Dr. Volkov is an expert in finance and economics. He will testify to the economics and finance damages issues raised in his expert reports.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

7. **James Rodgers**

746 Wearhouse Rd.
San Angelo, TX 76904
(325) 513-1863

Mr. Rodgers was driving behind Ms. Nieto on FM 765, when the USPS employee entered the intersection and t-boned Ms. Nieto's car.

This witness has not been deposed in this matter. This witness testimony is probable.

8. **Alexandria Nieto**

C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Ms. Nieto is a plaintiff and will testify to her observations of the wreck and the aftermath of the wreck.

This witness has been deposed in this matter. This witness testimony is probable.

9. **Ryan Pearl**

C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Mr. Pearl is a plaintiff and the father of B.P. He will testify to the impact of the wreck on B.P.'s life. This witness testimony is probable.

This witness has not been deposed in this matter.

10. **Elizabeth Ortiz-Gonzalez, Ph.D.**

120 E. Harris Avenue
San Angelo, Texas 76903
325-747-8033

Dr. Ortiz-Gonzalez is a treating provider of J.G. and will be asked to testify about her medical treatment of J.G. following the wreck.

This witness has not been deposed in this matter. This witness testimony is possible as a treating provider.

11. **Andrew King, M.D.**

120 E. Harris Avenue
San Angelo TX 76903
325-747-8033

Dr. King is a treating provider of J.G. and will be asked to testify about his medical treatment of J.G. following the wreck.

This witness has been deposed in this matter. This witness testimony is possible as a treating provider.

12. **Rebecca Young**

112 Laura Drive
San Angelo, Texas 76905
325-374-7592

Ms. Young is the grandmother of B.P. and will testify to the impact of the wreck on B.P.

This witness has not been deposed in this matter. This witness testimony is probable.

13. **Benson Young**

112 Laura Drive
San Angelo, Texas 76905
325-262-7466

Mr. Young is the grandfather of B.P. and will testify to the impact of the wreck on B.P.

This witness has not been deposed in this matter. This witness testimony is probable.

## WITNESSES BY DEPOSITION

In the interest of judicial efficiency and time, the parties have stipulated to call these witnesses by deposition, either by submitting the transcripts in evidence or by using the deposition in the party's presentation at trial.

1. **Evan Jones**

c/o VIVEK GROVER
SUMMER MACDANIEL
Assistant Attorney General
Office of the Texas Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1124

2. **Paul Bailey "Sandy" Rothband Jr.**

c/o Jon Mark Hogg PLLC
421 W. Concho Ave Ste 3
Lubbock, TX 76903

3. **Dakota Alexander**

192 Decoty Dr,
San Angelo, TX 76905,
325-277-5592

4. **Haylee Alexander**

192 Decoty Dr,
San Angelo, TX 76905,
325-277-5592

5. **Jamie Sanchez**

C/o United States of America
Ann Cruse-Haag
Assistant United States Attorney
United States Attorney's Office
Northern District of Texas
1205 Texas Avenue, Suite 700
Lubbock, Texas 79413
(806) 472-7397

6. **Amaris "Reese" Farias**

8381 Chad Road,
San Angelo, Tx 76905
575-915-5337

7. **Dr. Andrew King**

120 E. Harris Avenue
San Angelo TX 76903
325-747-8033

8. **Officer Robert Newman**

1404 Lubbock Business Park Blvd, Ste 100
Lubbock, TX 79403
(806) 740-8731

9. **Carol Stevens**

1507 Mackenzie St.,
San Angelo, TX 76901
325-651-0101

## REBUTTAL WITNESSES

Plaintiffs intend to call the following witnesses in rebuttal to the Government's case in chief:

1. **Brian K. Jones, M.S.B.E., P.E., A.C.T.A.R., C.X.L.T.**

Designated Reconstruction & Biomechanics Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Mr. Jones is an accident reconstructionist and biomechanics expert. Mr. Jones will rebut unreliable testimony from Government witnesses concerning seatbelt usage or accident reconstruction.

This witness has not been deposed in this matter. This witness testimony is probable expert testimony.

## MAY-CALL WITNESSES

Plaintiffs may need to call the following witnesses if no agreement can be reached on the admissibility of certain evidence. Plaintiffs also designate their deposition designations and will need to call those witnesses if that evidence cannot be offered via deposition.

1. **Yasser Abdelrahman, M.S.B.E.**

Designated Reconstruction Expert
C/o National Trial Law
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

Mr. Abdelrahman is an accident reconstruction expert and will rebut unreliable testimony from Government witnesses concerning seatbelt usage or accident reconstruction.

This witness has not been deposed in this matter. This witness testimony is possible expert testimony.

Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
JAMAL ALSAFFAR
jalsaffar@nationaltriallaw.com
Texas State Bar #24027193
WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)
Attorneys for the Plaintiffs

GUY CHOATE
gdchoate@webbstokessparks.com
Texas State Bar #04212410
CARLOS RODRIGUEZ
crod@webbstokessparks.com
Texas State Bar # 24041804

Webb, Stokes & Sparks, L.L.P.
314 W. Harris Ave.
San Angelo, TX 76903-6339
(325) 718-2048 (o)
Attorneys for the Pearl family

JON BAILEY
jonbailey@thebaileyfirm.com Texas State Bar #24026773
The Bailey Law Firm
136 East Twohig
San Angelo, TX 76903
(325) 658-1111 (o)
Attorney for the Nieto family

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on counsel of record on January 16, 2026 via ECF.

Served on: Emily Owen, Emily.Owen@usdoj.gov
Ann Cruse-Haag, Ann.Haag@usdoj.gov
Marti Cherry, Mary.Cherry@usdoj.gov

/s/ Tom Jacob
Tom Jacob