IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| RYAN PEARL, individually and as next friend of B.P., a minor, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:24-CV-018-H |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § § | |

**ORDER**

On April 8, 2026, the Honorable James Wesley Hendrix, United States District Judge, referred this case to the undersigned to conduct mediation. Dkt. No. 84. "Counsel for the parties . . . and at least one person with final settlement authority for each party shall attend the mediation," along with any other individual "necessary to negotiate a settlement." *Id.* at 1.

The undersigned presently has the following dates available for mediation: April 30, May 19, May 26, 2026. No later than **Monday, April 20, 2026,** the parties must file a joint notice informing the Court of a mutually agreeable date for mediation. If the parties cannot agree on a specific date, the Court will schedule the mediation at its discretion. The joint notice must also state the individuals who will participate in the mediation on behalf of each party. **ALL PARTIES MUST PARTICIPATE IN THE MEDIATION.** The mediation will take place by Zoom or a similar video-teleconferencing format.

**SO ORDERED** on April __9__, 2026.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE