UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RYAN PEARL, individually and as next friend of B.P., a minor, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 6:24-CV-018-H |

# FINAL JUDGMENT

This case was tried before the Court in a bench trial from February 23 to February 25, 2026. After hearing the testimony of witnesses and the argument of counsel, the Court finds that the defendant is liable to the plaintiffs and that no party or entity is contributorily negligent or responsible for the injuries sustained by the plaintiffs.

In accordance with the Court's Findings of Fact and Conclusions of Law (Dkt. No. 92), it is ordered, adjudged, and decreed that:

Plaintiff Alexandria Nieto have and recover from the defendant the total sum of $2,022,929.04 for her claims.

Plaintiff J.G. have and recover from the defendant the total sum of $2,838,973.16 for her claims.

Plaintiff B.P. have and recover from the defendant the total sum of $3,750,606.00 for her claims.

Plaintiff Ryan Pearl have and recover nothing.

Post-judgment interest shall accrue on all amounts awarded at the rate of 3.97%, which is the post-judgment interest rate under 28 U.S.C. § 1961(a) applicable at the time of the entry of this Judgment.

Costs are allowed to the Plaintiff.

The Clerk of Court is directed to close this case.

So ordered on August 20, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE