UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RYAN PEARL, individually and as next friend of B.P., a minor, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 6:24-CV-018-H |

**ORDER**

Before the Court is the Bill of Costs that the plaintiffs filed on August 31, 2026. Dkt. No. 94. The Government shall file its response, if any, on or before September 30, 2026. The plaintiffs shall file their reply, if any, on or before October 7, 2026.

So ordered on September 9, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE